# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

AUTO-OWNERS INSURANCE COMPANY                                    PLAINTIFF

v.                         Case No. 1:17-cv-00011-KGB

WILLIAM OLSON, *et al.*                                          DEFENDANTS

## ORDER

On February 8, 2019, plaintiff Auto-Owners Insurance Company filed a status report (Dkt. No. 32). In the status report, Auto-Owners Insurance Company notified the Court that the underlying case filed in Independence County Circuit Court, Arkansas, Case No. 32CV-16-074-4, has been resolved (*Id.*). Attached to the status report is a copy of the order of dismissal with prejudice (Dkt. No. 32-1). Auto-Owners Insurance Company represented that this case is also ready to be dismissed, as the claims pending have been resolved (Dkt. No. 32).

Through informal communication with the Court, counsel for the following defendants agreed that the case should be dismissed: Jeff Taylor, Melissa Taylor, William Olson, Hayes Olson, Paige Hubbard, Lloyd Davis, Kim Davis, Brady Gillmore, Audrey Gillmore, Rust Paul and Tina Paul. Defendant Martin-Landers, LLC, did not respond to the Court's inquiry. Counsel for defendants Randall Starr and Connie Starr asked the Court to dismiss without prejudice the claims. Counsel for Auto-Owners Insurance Company then withdrew its consent to dismissal and objected to this case being dismissed as to Mr. Starr. The Court interprets this as a withdrawal of consent to dismissal as to Mrs. Starr as well. Auto-Owners Insurance Company represented that it still agrees that the other parties should be dismissed with prejudice from this case and the stay lifted.

Accordingly, the Court dismisses with prejudice the claims against defendants Mr. Olson, Ms. Olson, Ms. Hubbard, Mr. Davis, Ms. Davis, Mr. Gillmore, Ms. Gillmore, Mr. Paul, Ms. Paul,

Mr. Taylor, and Ms. Taylor. The Court lifts the stay ordered previously by this Court (Dkt. No. 31).

It is so ordered this 19th day of December, 2019.

_____
Kristine G. Baker
United States District Judge