**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AUTO-OWNERS INSURANCE COMPANY**                                **PLAINTIFF**

v.                              Case No. 1:17-cv-00011-KGB

**WILLIAM OLSON,** *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is the status of this case. Counsel for defendants Randall Starr and Connie Starr notified the Court that the parties have reached a settlement agreement in this matter. Accordingly, the Court removes this matter from the jury trial calendar for the week of October 19, 2020. The Court denies all pending motions in this matter as moot (Dkt. Nos. 46, 50, 54, 56, 57). The Court will keep this case open until the parties submit a motion or joint stipulation of dismissal.

It is so ordered this 21st day of July, 2020.

_____
Kristine G. Baker
United States District Judge