**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**AUTO-OWNERS INSURANCE COMPANY**            **PLAINTIFF**

**v.**           **Case No. 1:17-cv-00011 KGB**

**WILLIAM OLSON,** *et al.*           **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 59). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear her or his and its own attorney's fees and costs.

It is so ordered this 4th day of August, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge